**James M. Domer, Appellee, v. New York, Chicago and St. Louis Railroad Company, Appellant.**

**Gen. No. 47,554.** <span></span>

First District, Second Division.

March 31, 1959.

Released for publication April 14, 1959.

Winston, Strawn, Smith & Patterson (Douglas C. Moir, Edward J. Wendrow, of counsel) for appellant; Henslee, Monek & Murray (Francis H. Monek, John J. Naughton, of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**